IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60279

**MUTTY PAWS RESCUE INC**, *et al.*,

    **Plaintiffs,**

v.

**MUTTY PAWS, INC.**,

    **Defendant.**

## VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiffs, MUTTY PAWS RESCUE INC and MUTTY PAWS RESCUE GEORGIA INC., by and through undersigned counsel, hereby files this dismissal with prejudice as to all claims brought against Defendant MUTTY PAWS, INC.

Dated: April 2, 2024

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law ®
800 SE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33316
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiffs*