AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District Of Florida (Ft. Lauderdale)__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>0:24-cv-60279-JEM | DATE FILED<br>2/18/2024 | U.S. DISTRICT COURT<br>Southern District Of Florida (Ft. Lauderdale) |
|---|---|---|
| PLAINTIFF<br>MUTTY PAWS RESCUE INC. et al | | DEFENDANT<br>MUTTY PAWS, INC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5074389 | | |
| 2 | 98/370955 | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| VOLUNTARY DISMISSAL/ FINAL ORDER DE#6 Attached      C.Quinones           4/8/2024 |

| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>Nicole Cubic | DATE<br>2/20/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 24-60279-CIV-MARTINEZ

MUTTY PAWS RESCUE INC, *et al.*,

    Plaintiffs,

v.

MUTTY PAWS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice, (ECF No. 5). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of April, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record